UNITED STATES DISTRICT COURT

FOR THE DISTRICT

OF COLUMBIA

| | | |
|---|---|---|
| United States of America, Plaintiff, | ) ) ) | Crim. No.: 98-049-02(HHG) 01 NHJ |
| v. | ) ) ) | Civil No.: _____ |
| | ) ) | Memorandum of Points And Authorities. |
| Michael Thomas, Defendant, | ) ) | District Judge |

Petition for Leave to File a §2255(6)(3)
Motion to Vacate and Set Aside Conviction
In View of Newly Recognized Rights Handed
Down by the Supreme Court of the united
States of America.

I.

Introduction.

A) <u>Collateral Challenge to Sentence and Cc</u>

CASE NUMBER 1:05CV01219
JUDGE: Thomas F. Hogan
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 06/22/2005

Now into this Court comes Defendant, _____ after, "Defendant"), collaterally challenging his sentence and conviction for Conspiracy to Distribute and Possess with Intent to Distribute Cocaine (21 U.S.C. §846); and two counts of Unlawful Distribution of 50 grams or more of cocaine base and Aiding and Abetting (21 U.S.C. §§841(A)(1), 841(b)(1)(A)(iii), and 18 U.S.C. §2).

In addition, Defendant was charged individually with two (2) counts of Unlawful Distribution of 50 Grams or More of Cocaine Base (21 U.S.C. §§841(a)(1) and 841(b)(1)(A)(iii). The indictment also included a criminal forfeiture allegation against both defendants, in violation of 21 U.S.C. §833, based on his charges being

RECEIVED
JUN 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thomas§2255-1